UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60414-UU

BENNY FIGUEROA,
individually and on behalf all others
similarly situated

    Plaintiff,

v.

CRYOPURE SPA, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal. D.E.28.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims of Plaintiff Benny Figueroa, individually, are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all claims of any unnamed member of the alleged class in this action are hereby DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that each party shall bear its own attorney's fees and costs related to this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th__ day of May, 2019.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf